USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAKRADHAR YARLAGADDA, *individually and as assignee of ProTak Ltd*,

Plaintiff,

-v-

NICHOLAS VU, et al.,

Defendants.

26-cv-3697 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is a motion to vacate the entry of default. Dkt. No. 24. The Court will hold a telephonic hearing regarding the motion on October 5, 2026 at 1:30 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID # 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: September 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge